**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
 **301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. James Michael Farrell*
Case No. RWT 15-cr-00562

DATE: September 15, 2016

* * * * * * * * *

After conferring with the parties, the telephone status conference scheduled for September 29, 2016 is **RESCHEDULED for September 30, 2016, at 8:30 a.m.**, Government to initiate.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge